# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ERIE INSURANCE EXCHANGE, | : | No. 3 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KEVIN C. WILLIAMS, HOME DEPOT USA, | : | |
| AND RJB CONTRACTING, INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.